**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:13-MJ-1059 AEP | DATE: | 1/29/13 |
|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br>v.<br>EMIR PERON<br>ROGER GARY DRIGGERS | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL<br>Pat Scruggs, AUSA | |
| | | DEFENSE COUNSEL<br>Frank Zaremba, AFPD for Driggers<br>Cynthia Lakeman, Esq (in anticipation of appt CJA for Peron) | |
| COURT REPORTER: digital | | DEPUTY CLERK: | Lynne Vito |
| TIME: 4:07 TO 4:14 | TOTAL: MIN | PROBATION: | |
| | | COURTROOM: | 10A |

**PROCEEDINGS: INITIAL APPEARANCE AND BOND**

DEFENDANTS PRESENT; ADVISED OF CHARGES

SCRIBNER'S ERROR NOTED AND CORRECTED ON INDICTMENT, DATE AND CHARGE

ARREST DATE (BOTH DEFENDANTS): 1/29/13

COURT SUMMARIZED CHARGES

COURT ADVISES DEFENDANTS OF RULE 5 RIGHTS

FINANCIAL AFFIDAVITS SUBMITTED.

DEFENSE ATTORNEY: AFPD APPOINTED FOR DEFENDANT DRIGGERS

DEFENDANT PERON REQUESTS OPPORTUNITY TO OBTAIN COUNSEL; PERON INITIAL AND BOND CONTINUED TO 1/30/13 AT 2:00 PM

GOVERNMENT'S POSITION ON BOND: BOTH DEFENDANT'S - DETENTION
DRIGGERS RESERVES ON THE ISSUE OF BOND; WAIVES PRELIMINARY HEARING

PERON BOND HEARING CONTINUED TO 1/30/13 AT 2:00 PM

.