**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** | 8:13-mj-1059 AEP | **DATE:** | 1/30/13 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMIR PERON | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Mark Bini for Pat Scruggs AUSA | |
| | | **DEFENSE COUNSEL**<br>Cynthia Lakeman, Esq. (In anticipation of CJA appt) | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:43 to 2:46 | **TOTAL:** MIN | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: BOND AND APPOINTMENT OF COUNSEL**

DEFENDANT PRESENT; ADVISED OF CHARGES

FINANCIAL AFFIDAVIT SUBMITTED; COURT APPOINTS CYNTHIA LAKEMAN, ESQ.

GOVERNMENT'S POSITION ON BOND: government is seeking detention.

DEFENDANT: reserves on the issue of bond.

Preliminary hearing waived.