**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                         Case No. 8:13-MJ-1059-AEP

**EMIR PERON, and**
**ROGER GARY DRIGGERS**

      **Defendants.**
_____/

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.[1]  I conclude that the following facts require the detention of the above listed defendants pending trial in this case.

Each Defendant stands charged in a Criminal Complaint for conspiracy to possess and possession with intent to distribute fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Section 846.  Defendant Peron is also charged with possession of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Section 924(c)(1)(A).  Thus, there is probable cause to believe that each Defendant has committed an offense for which the maximum term of imprisonment of ten years or more is prescribed in Title 21, United States Code, Sections 841(a)(1) and 846.  As such, there is a statutory presumption that each Defendant is a risk of flight and danger to the community.  At present, neither Defendant

___

[1] The hearing for Defendant Driggers was conducted on January 29, 2013, while, at his request, Defendant Peron's hearing was conducted on January 30, 2013.

contests the government's request for detention. In these circumstances, the Defendants have not overcome the presumption that each is a risk of flight and also a danger to the community. Counsel may revisit the matter of bail should circumstances warrant. Accordingly, I order each Defendant **DETAINED**.

Each Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendants shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 30th day of January 2013.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Counsel of Record
U.S. Marshal